IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : 20-20127-GLT
JAMES H. JAMISON, III :
          Debtor : Chapter No. 13

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2018-RP2** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 305 ORCHARD DRIVE, PITTSBURGH, PA 15236 with the mortgage recorded on May 30, 2003, Book 24959, Page 232 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien. .03

March 27, 2020

                                           /s/ Thomas Song, Esquire
                                           Thomas Song, Esq., Id. No.89834
                                           Phelan Hallinan Diamond & Jones, LLP
                                           Omni William Penn Office Tower
                                           555 Grant Street, Suite 300
                                           Pittsburgh, PA 15219
                                           Phone Number: 215-563-7000 Ext 31387
                                           Fax Number: 215-568-7616
                                           Email: Thomas.Song@phelanhallinan.com