Case 20-20127-GLT    Doc 43    Filed 08/11/20    Entered 08/11/20 12:14:13    Desc Main
Document    Page 1 of 1

FILED
8/11/20 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JAMES H. JAMISON
- **Case Number:** 20-20127-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 06, 2020 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#19 - Final Confirmation of Plan Dated 1/21/2020 (NFC)
R / M #: 19 / 0

### Appearances:

Debtor: J. Steidl
Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone

Creditor: Warmbrodt for US Bank Trust

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____
7. ✓ Plan/Motion continued to 10/22/20 at 1:30 pm.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

Awaiting Debtor to sell

late entry in LMP