**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMES H. JAMISON, III | Case No.:20-20127 GLT

        Debtor(s)

    Ronda J. Winnecour | Document No.:
        Movant
        vs.
    No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/13/2020  and confirmed on 06/11/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,520.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,520.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 376.63 | |
|     Trustee Fee | 156.52 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 533.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|    US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 1,109.79 | 0.00 | 1,109.79 |
|     Acct: 9781 | | | | |
|    US BANK TRUST NA - TRUSTEE ET AL | 20,194.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 9781 | | | | |
|    WELLS FARGO BANK NA D/B/A WELLS FA | 21,898.16 | 55.88 | 821.18 | 877.06 |
|     Acct: 8339 | | | | |
| | | | | 1,986.85 |
| **Priority** | | | | |
|    KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    JAMES H. JAMISON, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    STEIDL & STEINBERG | 2,500.00 | 376.63 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|    ONE MAIN FINANCIAL GROUP LLC A/S/F S | 1,813.63 | 0.00 | 0.00 | 0.00 |

| 20-20127 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1609 | | | | |
| | DUQUESNE LIGHT COMPANY* | 110.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 9183 | | | | |
| | MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 1,986.85 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 42,092.57 |
| UNSECURED | 1.923.89 |

Date: 06/17/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com